**ORDERED.**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-54054

**Dated: February 25, 2011**

_____
**EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Alan C. Little and Diana D. Lees<br>    Debtors.<br>———————————————<br>U.S. Bank National Association, as Trustee for WFMBS 2004-O<br>    Movant,<br>    vs.<br><br>Alan C. Little and Diana D. Lees, Debtors, Stanley J. Kartchner, Trustee.<br><br>    Respondents. | No. 4:10-BK-38257-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #11) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is further described as:

> LOT 79. OF SUNSET KNOLLS ESTATES, A SUBDIVISION OF SANTA CRUZ COUNTY, ARIZONA, ON RECORD IN THE OFFICE OF THE SANTA CRUZ COUNTY IN BOOK 2 OF MAPS AND PLATS AT PAGE 53.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.